UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NADIR SIMONS,

                Petitioner,

  -against-

CALVIN WEST,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV-2689 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
FEB 9 2006
TIME A.M. P.M.

      A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on February 3, 2006, denying petitioner's petition for a writ of habeas corpus as untimely; and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus is denied as untimely; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       February 08, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court